**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LA PALOMA SCIENTIFIC CORPORATION § | Case No. 11-83439 |
| § | |
| L.P. SCIENTIFIC CORPORATION § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/30/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 09/03/2013     By: /s/BERNARD J. NATALE
                                          Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: LA PALOMA SCIENTIFIC CORPORATION § Case No. 11-83439
§
L.P. SCIENTIFIC CORPORATION §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,694.32 |
| *and approved disbursements of* | $ 2,703.91 |
| *leaving a balance on hand of* [1] | $ 14,990.41 |
| **Balance on hand:** | $ 14,990.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Bank of America NA | 245,886.11 | 245,886.11 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,990.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,519.43 | 0.00 | 2,519.43 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 6,326.25 | 0.00 | 6,326.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 15.98 | 0.00 | 15.98 |
| Accountant for Trustee, Fees - WIPFLI LLP | 2,060.60 | 2,060.60 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 46.48 | 46.48 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,861.66 |
| Remaining balance: | $ 6,128.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,128.75 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $291.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 291.02 | 0.00 | 291.02 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 291.02 |
| Remaining balance: | $ | 5,837.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,191.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Johnson Diversey | 43,180.27 | 0.00 | 5,836.16 |
| 2 | United Food Service/ nka Grecian Delight Foods Dist, LLC | 0.00 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 11.64 | 0.00 | 1.57 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,837.73 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $         0.00

Prepared By:  /s/BERNARD J. NATALE
                        Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                   Case No. 11-83439-TML
La Paloma Scientific Corporation                                         Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-3          User: jclarke                Page 1 of 1          Date Rcvd: Sep 04, 2013
                              Form ID: pdf006              Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2013.
db           +La Paloma Scientific Corporation,     947 S. Arcade Avenue,    Freeport, IL 61032-6036
18430825     +BANK OF AMERICA, N.A.,    c/o Christopher M. Cahill,     LOWIS & GELLEN LLP,
               200 West Adams Street, Suite 1900,    Chicago, IL 60606-5229
17627115     +Bank of America,    PO Box 45144,   FL 9-100-04-24 Bldg. 100, 4th Floor,
               Jacksonville, FL 32232-5144
18375973     +Grecian Delight Foods Distribution, LLC,     c/o A. Thomas Skallas,   Thompson Coburn, LLP,
               55 East Monroe Street - 37th Floor,    Chicago, Illinois 60603-6029
20758556      Illinois Department of Revenue,    Bankruptcy Section,    POB 64338,   Chicago, Il. 60664-0338
20756792     +Illinois Department of Revenue,    Bankruptcy Section,    P O Box 60664,
               Chicago, Illinois 60660-0664
17627116     +Johnson Diversey,    c/o Chaet Kaplan Baim Firm,    30 N. LaSalle Street, Suite 1520,
               Chicago, IL 60602-3387
18255251     +Johnson Diversey,    c/o Jonathan Niel & Associates, Inc.,    POB 7000,   Tarzana, CA 91357-7000
17627117     +Ruth Cardoso,   1250 Palmer,    Freeport, IL 61032-4824
17627118     +United Food Service,    1301 Estes Avenue,   Elk Grove Village, IL 60007-5403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2013 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Accountant Neal  Richardson natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale    natalelaw@bjnatalelaw.com,   IL42@ecfcbis.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Christopher M Cahill    on behalf of Creditor   BANK OF AMERICA, N.A. ccahill@lowis-gellen.com,
               abockman@lowis-gellen.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
              Thomas E. Laughlin    on behalf of Debtor   La Paloma Scientific Corporation tloff@aol.com
                                                                                             TOTAL: 8
```