**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  LA PALOMA SCIENTIFIC CORPORATION    §    Case No. 11-83439
                                             §
       L.P. SCIENTIFIC CORPORATION           §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $97,993.00                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,128.75   Claims Discharged
                                             Without Payment: $80,354.18

Total Expenses of Administration: $11,565.57

3) Total gross receipts of $ 17,694.32  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,694.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $243,339.32 | $245,886.11 | $245,886.11 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,565.57 | 11,565.57 | 11,565.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 291.02 | 291.02 | 291.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 173,998.27 | 126,741.16 | 43,191.91 | 5,837.73 |
| **TOTAL DISBURSEMENTS** | $417,337.59 | $384,483.86 | $300,934.61 | $17,694.32 |

4) This case was originally filed under Chapter 7 on August 03, 2011. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2013          By: /s/BERNARD J. NATALE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking: Fifth Third Bank | 1129-000 | 17,694.30 |
| Interest Income | 1270-000 | 0.02 |
| **TOTAL GROSS RECEIPTS** | | **$17,694.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bank of America NA | 4110-000 | 243,339.32 | 245,886.11 | 245,886.11 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$243,339.32** | **$245,886.11** | **$245,886.11** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 15.98 | 15.98 | 15.98 |
| WIPFLI LLP | 3410-000 | N/A | 2,060.60 | 2,060.60 | 2,060.60 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 6,326.25 | 6,326.25 | 6,326.25 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 13.33 | 13.33 | 13.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 33.15 | 33.15 | 33.15 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,519.43 | 2,519.43 | 2,519.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.33 | 34.33 | 34.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.13 | 36.13 | 36.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.86 | 34.86 | 34.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.59 | 39.59 | 39.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.67 | 34.67 | 34.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.15 | 38.15 | 38.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.88 | 36.88 | 36.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.24 | 33.24 | 33.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.10 | 39.10 | 39.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.46 | 35.46 | 35.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.21 | 34.21 | 34.21 |
| Rabobank, N.A. | 2600-000 | N/A | 26.44 | 26.44 | 26.44 |
| Rabobank, N.A. | 2600-000 | N/A | 23.10 | 23.10 | 23.10 |
| Rabobank, N.A. | 2600-000 | N/A | 23.89 | 23.89 | 23.89 |
| Rabobank, N.A. | 2600-000 | N/A | 26.33 | 26.33 | 26.33 |
| Rabobank, N.A. | 2600-000 | N/A | 25.47 | 25.47 | 25.47 |
| Rabobank, N.A. | 2600-000 | N/A | 22.96 | 22.96 | 22.96 |
| Rabobank, N.A. | 2600-000 | N/A | 27.02 | 27.02 | 27.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$11,565.57** | **$11,565.57** | **$11,565.57** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 291.02 | 291.02 | 291.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $291.02 | $291.02 | $291.02 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Johnson Diversey | 7100-000 | 42,998.27 | 43,180.27 | 43,180.27 | 5,836.16 |
| 2 | United Food Service/ nka Grecian Delight Foods Dist, | 7100-000 | 88,000.00 | 83,549.25 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 11.64 | 11.64 | 1.57 |
| NOTFILED | Ruth Cardoso | 7100-000 | 43,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $173,998.27 | $126,741.16 | $43,191.91 | $5,837.73 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-83439  
**Case Name:** LA PALOMA SCIENTIFIC CORPORATION  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/03/11 (f)  
**§341(a) Meeting Date:** 09/12/11  

**Period Ending:** 11/13/13  
**Claims Bar Date:** 02/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking: Fifth Third Bank | 17,000.00 | 17,000.00 | | 17,694.30 | FA |
| 2 | Computer Equipment | 2,000.00 | 800.00 | | 0.00 | FA |
| 3 | Possible Contract Claim Against United Food Serv | 21,893.00 | 21,893.00 | | 0.00 | FA |
| 4 | Possible Claim Against Chartwell Thompson | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 5 | 1994 Chevy Van | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Office Equipment | 15,000.00 | 6,200.00 | | 0.00 | FA |
| 7 | Chemical Supplies | 3,600.00 | 0.00 | | 0.00 | FA |
| 8 | SOAP 947 S Arcade (Patent Never Registered) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.02 | FA |
| 9 | Assets Totals (Excluding unknown values) | **$114,993.00** | **$100,893.00** | | **$17,694.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE WAITING FOR ACCOUNT TO COMPLETE TAX RETURNS.

**Initial Projected Date Of Final Report (TFR):** July 1, 2013      **Current Projected Date Of Final Report (TFR):** September 3, 2013 (Actual)

Printed: 11/13/2013 02:23 PM      V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-83439 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | LA PALOMA SCIENTIFIC CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******84-65 - Checking Account |
| Taxpayer ID #: | **-***2418 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 11/13/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/12 | {1} | Joseph R. Cardosa, Jr. | Payment of Funds from Checking Account | 1129-000 | 17,000.00 | | 17,000.00 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 17,000.02 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 16,975.02 |
| 02/13/12 | {1} | Joseph R. Cardoso | Balance of Bank Account Funds | 1129-000 | 694.30 | | 17,669.32 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.33 | 17,634.99 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.13 | 17,598.86 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.86 | 17,564.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.59 | 17,524.41 |
| 06/04/12 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-83439, #016018067 | 2300-000 | | 33.15 | 17,491.26 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.67 | 17,456.59 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.15 | 17,418.44 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.88 | 17,381.56 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.24 | 17,348.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.10 | 17,309.22 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.46 | 17,273.76 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.21 | 17,239.55 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 17,239.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 17,694.32 | 17,694.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,239.55 | |
| | | | **Subtotal** | | 17,694.32 | 454.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,694.32** | **$454.77** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-83439  
**Case Name:** LA PALOMA SCIENTIFIC CORPORATION  
**Taxpayer ID #:** **-***2418  
**Period Ending:** 11/13/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******84-67 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/13/2013 02:23 PM    V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-83439 | | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| Case Name: | LA PALOMA SCIENTIFIC CORPORATION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9565 - Checking Account |
| Taxpayer ID #: | **-***2418 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 11/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 17,239.55 | | 17,239.55 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.44 | 17,213.11 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.10 | 17,190.01 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.89 | 17,166.12 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.33 | 17,139.79 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.47 | 17,114.32 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-83439, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 12.91 | 17,101.41 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-83439, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -12.91 | 17,114.32 |
| 06/03/13 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-83439, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 13.33 | 17,100.99 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.96 | 17,078.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.02 | 17,051.01 |
| 08/06/13 | 11004 | WIPFLI LLP | INV 747148 / 408039 PYMT OF ACCTG FEES | 3410-000 | | 2,060.60 | 14,990.41 |
| 10/01/13 | 11005 | BERNARD J. NATALE | Dividend paid 100.00% on $2,519.43, Trustee Compensation; Reference: | 2100-000 | | 2,519.43 | 12,470.98 |
| 10/01/13 | 11006 | Johnson Diversey | Distribution paid 13.51% on $43,180.27; Claim# 1; Filed: $43,180.27; Reference: | 7100-000 | | 5,836.16 | 6,634.82 |
| 10/01/13 | 11007 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 6,342.23 | 292.59 |
| | | | Dividend paid 100.00%   6,326.25 on $6,326.25;  Claim# ATTY; Filed: $6,326.25 | 3110-000 | | | 292.59 |
| | | | Dividend paid 100.00%   15.98 on $15.98;  Claim# EXP; Filed: $15.98 | 3120-000 | | | 292.59 |
| 10/01/13 | 11008 | Illinois Department of Revenue | Combined Check for Claims#4U,4P | | | 292.59 | 0.00 |
| | | | Dividend paid 13.51%   1.57 on $11.64;  Claim# 4U; Filed: $11.64 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   291.02 | 5800-000 | | | 0.00 |

Subtotals :   $17,239.55   $17,239.55

{} Asset reference(s)                                             Printed: 11/13/2013 02:23 PM    V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-83439  
**Case Name:** LA PALOMA SCIENTIFIC CORPORATION  

**Taxpayer ID #:** **-***2418  
**Period Ending:** 11/13/13  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9565 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $291.02; Claim# 4P;<br>Filed: $291.02 | | | | |
| | | | **ACCOUNT TOTALS** | | 17,239.55 | 17,239.55 | $0.00 |
| | | | Less: Bank Transfers | | 17,239.55 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 17,239.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $17,239.55 | |

| | Net Receipts : | 17,694.32 |
|---|---|---|
| | Net Estate : | $17,694.32 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******84-65 | 17,694.32 | 454.77 | 0.00 |
| MMA # ****-******84-67 | 0.00 | 0.00 | 0.00 |
| Checking # ******9565 | 0.00 | 17,239.55 | 0.00 |
| | $17,694.32 | $17,694.32 | $0.00 |